Jackson Montgomery, as Sole Overseer of the Poor, etc., ex rel. Seymour Seely et al., Appellants, *v.* Marcellus E. Odell, Respondent.

(Argued April 19, 1894; decided May 4, 1894.)

Appeal from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made February 7, 1893, which affirmed a judgment in favor of defendant entered upon findings of the court on trial at Circuit.

*W. Martin Jones* for appellants.

*S. D. Halliday* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.